RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 5/14/09
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DESMOND CAMPBELL | CIVIL ACTION NO. 08-1917 |
| VERSUS | JUDGE ROBERT G. JAMES |
| BASTROP SKID, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 6] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights complaint is DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which relief might be granted pursuant to 28 U.S.C. §§1915 and 1915A.

MONROE, LOUISIANA, this 14 day of May, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE